I concur in the result to affirm the trial court's judgment because my review of the record discloses that the trial court properly applied the law to the undisputed facts. Ex parteAnonymous, 618 So.2d 722 (Ala. 1993). To grant the waiver of parental consent for an abortion, there must be evidence that the minor is sufficiently mature to make the decision without parental consent, or the evidence must support a determination that an abortion is in the minor's best interests. Ala. Code 1975, § 26-21-4; Ex parte Anonymous, 595 So.2d 497 (Ala. 1992). In this case, the scant evidence supports finding that the minor is not sufficiently mature to make the decision regarding abortion without parental consent, and that the performance of an abortion is not in the best interests of this minor child.Ex parte Anonymous, 595 So.2d 499 (Ala. 1992). It is, therefore, unnecessary to consider any aspect of the ore tenus rule.